1018

a decree of dismissal be filed and entered accordingly; mandate forthwith.

John M. TAYLOR et al. v. STANDARD GAS & ELECTRIC COMPANY et al.

No. 1526.

Circuit Court of Appeals, Tenth Circuit.

Nov. 29, 1937.

Sempliner, Dewey, Stanton & Honigman, of Detroit, Mich., and Milsten & Milsten, of Tulsa, Okl., for appellants.

Campbell & Biddison, Gibson & Holleman, W. F. Semple, Edgar A. de Meules, and Ramsey, Martin & Logan, all of Tulsa, Okl., and R. M. Campbell and Sidley, McPherson, Austin & Burgess, all of Chicago, Ill., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed November 29, 1937, on application of appellants at appellants' costs.

John M. TAYLOR et al. v. STANDARD GAS & ELECTRIC COMPANY et al.

No. 1527.

Circuit Court of Appeals, Tenth Circuit.

Nov. 29, 1937.

Sempliner, Dewey, Stanton & Honigman, of Detroit, Mich., and Milsten & Milsten, of Tulsa, Okl., for appellants.

Campbell & Biddison, Gibson & Holleman, W. F. Semple, Edgar A. de Meules, and Ramsey, Martin & Logan, all of Tulsa, Okl., and R. M. Campbell and Sidley, McPherson, Austin & Burgess, all of Chicago, Ill., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed November 29, 1937, on application of appellants at appellants' costs.

UNITED STATES of America and Eva Smith, alias Eva Smith Batey, Appellants, v. Isaac BATEY, Mollie Batey, and Mary Hendley Bey, as Administratrix of the Estate of Robert W. C. Batey, Deceased, Appellees.

No. 7868.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1937.

John C. Lehr, of Detroit, Mich., for appellants.

Vincent E. Schoeck, of Detroit, Mich., for appellees.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the certificate of the deputy clerk of the United States District Court for the Eastern District of Michigan, Southern Division, at Detroit, Mich., and a stipulation entered into by counsel for the respective parties in the above entitled cause, and the court being fully advised in the premises, it is ordered and adjudged that the instant case be docketed and dismissed without costs to either party.

UNITED STATES of America, Appellant, v. Robert L. BOOKER, Appellee.

No. 7314.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1937.

Horace Frierson, Jr., and A. O. Denning, both of Nashville, Tenn., for the United States.